Martin E. Rosen (108998), mrosen@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiff
Sun Life Assurance Company of Canada (U.S.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VICTORIA ROSENTHAL; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV 04-9249 SGL (SSx)<br><br>FINAL JUDGMENT PURSUANT TO STIPULATION<br><br>(Filed concurrently with Request for Entry of Judgment; Stipulation to Enter Judgment) |

　　　1.　　Plaintiff Sun Life Assurance Company of Canada (U.S.) and Defendant Victoria Rosenthal have entered into a Stipulation to Enter of Judgment, wherein the parties stipulated that judgment shall be entered in favor of Sun Life and against Rosenthal in accordance with the terms of the parties' Settlement Agreement.  Both the Stipulation and Settlement Agreement have been filed with the Court.

　　　2.　　Sun Life and Rosenthal have stipulated and agreed that adequate proof of the amount of the judgment shall be had if supported solely by ex parte submission of a declaration of Sun Life.

　　　3.　　Sun Life has provided the Declaration of Richard Termine supporting the amount of the judgment.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] FINAL JUDGMENT PURSUANT TO STIPULATION

4. Rosenthal has waived notice of Sun Life's Request for Entry of Judgment.

Good cause appearing therefore,

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT:

Final Judgment is hereby entered against Defendant Victoria Rosenthal in the amount of One Hundred Forty-Eight Thousand Dollars ($148,000). This amount shall become immediately due and payable by Defendant upon entry of this Final Judgment and interest computed at the rate prescribed under 28 U.S.C. § 1961 shall immediately begin to accrue on the unpaid balance..

IT IS FURTHER ORDERED that, as there is no just reason for delay of entry of this judgment, pursuant to Fed. R. Civ. P. 54(b), the clerk shall enter this Final Judgment immediately.

Dated: July 03, 2008

United State States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] FINAL JUDGMENT PURSUANT TO STIPULATION

2